IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PARNELL TOMMY LEE BROOME, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-12-658-R |
| ) | |
| WARDEN UPTON, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Before the Court is the Supplemental Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered August 1, 2012. Doc. No. 9. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED, and Petitioner's petition for a writ of habeas corpus is DISMISSED.

IT IS SO ORDERED this 23rd day of August, 2012.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE